DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

RAYMOND DION WELLS,

Appellant,

v.

MORTEN B. CHRISTOFFERSEN and
MARK A. NEUMAIER,

Appellee.

No. 2D23-1813

_____

January 26, 2024

Petition for Writ of Certiorari to the Circuit Court for Hillsborough
County; Nancy L. Jacobs, Judge.

Elizabeth S. Wheeler of Berg & Wheeler, P.A., Brandon, for Petitioner.

Morten B. Christoffersen, pro se, and Mark A. Neumaier, pro se,
Respondents.

PER CURIAM.

    Dismissed.

CASANUEVA, KELLY, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.